### LYLE V. THE STATE.
(Decided Dec. 5, 1912.)

APPEAL from Winston County Court.

Heard before Hon. JOHN S. CURTIS.

JACKSON & DELONEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

### MATTHEWS V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

### MAY V. THE STATE.
(Decided Nov. 28, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. FRANK CAHALAN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

### MORRISON V. THE STATE.
(Decided Nov. 28, 1912.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal abated by death of appellant.